UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAMAR DURR #484773,

    Plaintiff,

v

UNKNOWN HARALSON, et al,

    Defendants.
_____/

Case No. 1:09-cv-1116

HON. JANET T. NEFF

**OPINION AND ORDER**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation, recommending that this Court grant Defendant's motion and enter judgment for Defendant. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 38) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Dkt 24) is GRANTED.

**IT IS FURTHER ORDERED** that Defendants Utter, Rider, Scott, Klee, Caruso and Howes be dismissed without prejudice for failure to timely effect service.

**IT IS FURTHER ORDERED** that the Motion to dismiss by plaintiff (Dkt. 30) is DENIED

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Opinion and Order.


Date: February 14, 2011  /s/ Janet T. Neff
JANET T. NEFF
United States District Judge